**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AISHA BEACH,

                Plaintiff,              CIVIL ACTION FILE

vs.                              NO. 1:16-CV-4319-MHC

HVN, INC.,

                Defendant.

## DEFAULT  JUDGMENT

      The defendant,HVN, Inc., having failed to plead or otherwise to defend in this action, the default having been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of November 30, 2017, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

      ORDERED AND ADJUDGED, that the plaintiff Aisha Beach, recover from the defendant HVN, Inc., the amount of $4,355.57 in damages, $7,560.00 in attorneys' fees, and $579.16 in costs.

      Dated at Atlanta, Georgia this 1st day of December, 2017.


                              JAMES N. HATTEN
                              CLERK OF COURT


                By:    s/ Brittney Walker
                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
December 1, 2017
James N. Hatten
Clerk of Court


By: s/ Brittney Walker
          Deputy Clerk